*E-FILED: 7/2/2007*

RECEIVED

2007 JUN 28  AM 11: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD

Applicant,

v.

SERVICE EMPLOYEES INTERNATIONAL
UNION, LOCAL 521,  SERVICE
EMPLOYEES INTERNATIONAL UNION,
LOCAL 715 and KRISTY SERMERSHEIM

Respondents.

Case No.:

CV07-80170 MISC. JF

ORDER TO SHOW CAUSE

H R L

The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Service Employees International Union, Local 521 (herein called Respondent Local 521), and Service Employees International Union, Local 715 (herein called Respondent Local 715), and Kristy Sermersheim (herein called Respondent Sermersheim), to obey certain subpoenas *ad testificandum* and/or subpoenas *duces tecum*. Having shown good cause,

IT IS ORDERED that Respondent Local 521 appear before this Court at the United States Court House in ~~Oakland~~, San Jose California on the 14th day of ___ August ___, 2007 at 10:00 AM in Courtroom 2 or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order should not issue directing Respondent Local 521's custodian of records to appear before a Board Agent at such time and place as the Board Agent may designate, and there and then to produce the documents requested in subpoena *duces tecum* No. B-450889, and to answer any and all questions relevant and material to the subpoenaed documents relating to the proceedings

ORDER TO SHOW CAUSE
Page 1

1  before the Board in Board Cases 32-CA-23022 and 32-CA-23115 now pending before the Board

2  pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et

3  seq.]; and                                                                   **in Courtroom 2**

4      IT IS FURTHER ORDERED that Respondent Local 715 appear before this Court ^ at the
                                      **San Jose**
5  United States Court House in ~~Oakland~~ California on the **14th** day of ___**August**___, 2007 at

6  **10:00 AM**, or as soon thereafter as Counsel can be heard, and then and there show cause why, if

7  any there be, an order should not issue directing Respondent Local 715's custodian of records to

8  appear before a Board Agent at such time and place as the Board Agent may designate, and there

9  and then to produce the documents requested in subpoena *duces tecum* No. B-450891, and to

10  answer any and all questions relevant and material to the subpoenaed documents relating to the

11  proceedings before the Board in Board Cases 32-CA-23026 and 32-CA-23119 now pending

12  before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29

13  U.S.C. § 151 et seq.]; and                                                 **in Courtroom 2**

14      IT IS FURTHER ORDERED that Respondent Sermersheim appear before this Court at
                                      **San Jose**
15  the United States Court House in ~~Oakland~~ California on the **14th** day of ___**August**___, 2007

16  at **10:00 AM** or as soon thereafter as Counsel can be heard, and then and there show cause why,

17  if any there be, an order should not issue directing Respondent Sermersheim to appear before a

18  Board Agent at such time and place as the Board Agent may designate, and there testify and

19  answer any and all questions relevant and material to the matters under investigation and in

20  question in the proceedings before the Board in Board Cases 32-CA-23022, 32-CA-230226, 32-

21  CA-23115 and 32-CA-23119 as required by subpoena *ad testificandum* No. A-740577; and

22      IT IS FURTHER ORDERED that Respondents file an answer to the Application with the

23  Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay

24  Street, Oakland, California, 94612 on or before the **24th** day of ___**July**___, 2007.

25  Applicant's reply, if any, is due on or before the **31st** day of ___**July**___, 2007; and

1    IT IS FURTHER ORDERED that service of copies of this Order and the Application

2    upon which it is issued be made without delay upon Respondents, in any manner provided in the

3    Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the

4    National Labor Relations Board, or an individual designated by the National Labor Relations

5    Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of

6    such service be filed herein.

7    DONE AT San Jose, California this __**2nd**__ day of _____**July**_____, 2007.

8

9    _____

10   UNITED STATES DISTRICT JUDGE
                  MAGISTRATE

11   HOWARD R. LLOYD

12

13

14

15

16

17

18

19

20

21

22

23

24

25