1  WILLIAM A. BAUDLER
   GEORGE VELASTEGUI (California Bar No. 107847)
2  AMY L. BERBOWER (California Bar No. 197533)
   National Labor Relations Board, Region 32
3  1301 Clay St., Suite 300N
   Oakland, CA 94612-5224
4  Phone: 510-637-3321
   Fax: 510-637-3315
5  E-mail: Amy.Berbower@nlrb.gov

6  Attorneys for the Applicant

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
                                              Case No.: %:07-mc-80170-JF-HRL
11 NATIONAL LABOR RELATIONS BOARD
                                              PROOF OF SERVICE
12         Applicant,

13     v.

14 SERVICE EMPLOYEES INTERNATIONAL
   UNION, LOCAL 521, SERVICE
15 EMPLOYEES INTERNATIONAL UNION,
   LOCAL 715 and KRISTY SERMERSHEIM
16

17
           Respondents.
18

19
         I am a citizen of the United States and a resident of the State of California. I am over the
20
   age of eighteen years and an employee of the National Labor Relations Board at 1301 Clay
21
   Street, Suite 300N, Oakland, CA 94612.
22

23

24

25

1  On July 2, 2007, I served the Court's July 2, 2007 **Order to Show Cause** upon the following
2  parties in this action:

| SEIU, Local 521 | Kristy Sermersheim | SEIU, Local 715 |
|---|---|---|
| 2302 Zanker Road | SEIU, Local 521/SEIU, Local 715 | 2302 Zanker Road |
| San Jose, CA 95131 | 2302 Zanker Road | San Jose, CA 95131 |
|  | San Jose, CA 95131 |  |

| Vincent Harrington | Barbara J. Chisholm |
|---|---|
| Weinberg, Roger & Rosenfeld | Altshuler Berzon, LLP |
| 1001 Marina Village Parkway, Suite 200 | 177 Post Street, Suite 300 |
| Alameda, CA 94501-1091 | San Francisco, CA 94108 |
| vharrington@unioncounsel.net | bchisholm@altshulerberzon.com |

by placing true and correct copies of the document in sealed envelopes, addressed as indicated above, with postage thereon fully prepaid, in the United States Postal Service mailbox at the United States Postal Service Mira Vista Post Office located at 12651 San Pablo Avenue in Richmond, California 94805 at 4:15 p.m.. On that same date, I also served upon Vincent Harrington and Barbara J. Chisholm true and correct copies of the Order to Show Cause by sending the document by electronic mail to the electronic mail addresses indicated above.

I certify under penalty of perjury that the above is true and correct.

EXECUTED AT Richmond, California, this 2nd day of July, 2007.

*Amy Berbower* (signature)

Amy L. Berbower
National Labor Relations Board
Region 32