VINCENT A. HARRINGTON, JR., Bar No. 071119
ANDREA LAIACONA, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | No.   CV 07-80170 HRL |
| Applicant, | **RESPONDENTS' ANSWER TO APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAE** |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, and KRISTY SERMERSHEIM, | Date:   August 14, 2007<br>Time:   10:00 a.m.<br>Judge: Hon. Howard R. Lloyd<br>Courtroom:   2 |
| Respondents. | |

COMES NOW SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 715 and KRISTY SERMERSHEIM, and answers the Application as follows:

1.   As to the allegations contained in the opening paragraph, this answering party admits said allegations.

2.   As to the allegations contained in paragraphs (a) through (b), this answering party admits said allegations.

3.   As to the allegations contained in paragraph (c), this answering denies that portion

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

RESPONDENTS' ANSWER TO APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAE
Case No. CV 07-80170

of said allegations commencing with the words, "Pursuant to the provision of Section 10(b)…" through the words, "The charges against Respondent Local 715, Cases 32-CA-23026 and 32-CA-23119, have been filed and served on Respondent Local 715 in the manner and form required by law and by Sections 102.9, 102.10 and 102.14 of the Board's Rules." Save and except for such limited denials, this answering party admits said allegations.

4. As to the allegations contained in paragraph (d), this answering party denies that portion of said allegation commencing with the words, "Pursuant to the provisions of Section 3(d) of the Act" through the words, "in the possession and control of Respondents Local 521 and Local 715 and its representatives." Save and except for such limited denials, this answering party admits said allegations.

5. As to the allegations contained in paragraph (e), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (e) and subparagraphs (1) through (3).

6. As to the allegations contained in paragraph (f), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (f).

7. As to the allegations contained in paragraph (g), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (g).

8. As to the allegations contained in paragraph (h), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (h).

9. As to the allegations contained in paragraph (i), this answering party denies the allegations in paragraph (i).

10. As to the allegations contained in paragraph (j), this answering party denies the allegations in paragraph (j).

11. As to the allegations contained in paragraph (k), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (k).

12. As to the allegations contained in paragraph (l), this answering party lacks sufficient

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

RESPONDENTS' ANSWER TO APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAE
Case No. CV 07-80170

knowledge or belief to answer the allegations in paragraph (l).

13. As to the allegations contained in paragraph (m), this answering party lacks sufficient knowledge or belief to answer the allegations in paragraph (m).

### SEIU LOCAL 521, SEIU LOCAL 715 AND KRISTY SERMERSHEIM CLAIM THE FOLLOWING AFFIRMATIVE DEFENSES:

#### FIRST AFFIRMATIVE DEFENSE

The Application fails to state a cause of action insofar as it seeks to enforce the National Labor Relations Act, which is an unconstitutional violation of First Amendment, and Fourteenth Amendment rights of members of respondents.

#### SECOND AFFIRMATIVE DEFENSE

The subpoenas referenced in the Application are over burdensome.

#### THIRD AFFIRMATIVE DEFENSE

The subpoenas referenced in the Application are overbroad.

#### FOURTH AFFIRMATIVE DEFENSE

The subpoenas referenced in the Application are means to harass the Union and Kristy Sermersheim.

#### FIFTH AFFIRMATIVE DEFENSE

The subpoenas referenced in the Application call for irrelevant and immaterial documentation.

#### SIXTH AFFIRMATIVE DEFENSE

The Application is barred in that it fails to state a cause of action insofar as it seeks to enforce the National Labor Relations Act, which is an unconstitutional violation of First Amendment rights of members of respondents.

**WHEREFORE**, this responding party prays that no order of any nature whatsoever issue out of this action by Applicant NLRB against this responding party; that Applicant NLRB take nothing by way of this action; that the relief prayed for by Applicant NLRB be denied in its

- 3 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

RESPONDENTS' ANSWER TO APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAE
Case No. CV 07-80170

entirety; that the within action by Applicant NLRB be dismissed in its entirety; for attorneys' fees and cost of suit; and for such other and further relief as to this Court seems just and proper.

Dated: July 18, 2007

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

By:   */s/* VINCENT A. HARRINGTON, JR.
       VINCENT A. HARRINGTON, JR.
       ANDREA LAIACONA
       Attorneys for Respondents

116411/463574

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

RESPONDENTS' ANSWER TO APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAE
Case No. CV 07-80170