# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

# Civil Minute Order

Date: August 14, 2007

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** National Labor Relations Board v. Local Union 521, et. al.
**CASE NUMBER**: C07-80170MISC JF
Plaintiff(s) Attorney(s) present: Amy Berbower
Defendant(s) Attorney(s) present: Vincent Harrington

---

**PROCEEDINGS: Show Cause Hearing re Subpoenas**


Counsel present arguments.

Matter is taken under submission.  Court to issue written ruling.