NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | Case Number C-07-80170MISC-JF |
| Applicant, | ORDER[1] ADOPTING RECOMMENDATION TO ENFORCE SUBPOENAS |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, et al., | |
| Respondents. | |

Having reviewed the Report and Recommendations issued by Judge Howard L. Lloyd on August 28, 2007 this Court hereby adopts the recommendation. The Board's application to enforce the administrative subpoenas served on respondents is granted. The parties are directed to Judge Lloyd's order (attached) for compliance dates.

DATED:  __1/16/08__ _____

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.