WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
AMY L. BERBOWER (California Bar No. 197533)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3321
Fax: 510-637-3315
E-mail: Amy.Berbower@nlrb.gov

Attorneys for the Applicant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521,  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 and KRISTY SERMERSHEIM<br><br>Respondents. | Case No.:  5:07-mc-80170-JF HRL<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

Comes now William A. Baudler, Regional Attorney of the Thirty-Second Region of the National Labor Relations Board, herein called the Board, and pursuant to Civil Local Rule 3-12, hereby files this Administrative Motion to Consider Whether Cases Should be Related.

The above-referenced matter involves an Application for Order Requiring Obedience to Subpoenas *Duces Tecum* and *Ad Testificandum*. Specifically, the Application sought an Order by the Court to require Service Employees International Union, Local 521, Service Employees International Union, Local 715 and Service Employees International Union Local 521's President, Kristy Sermersheim, to obey subpoenas issued to them by the National Labor Relations Board, herein the Board, requiring them to produce documents and/or give testimony in relation to the Board's investigation into Cases 32-CA-23022, 32-CA-230226, 32-CA-23115 and 32-CA-23119, which concern the reorganization of various Service Employees International Union Locals and what effect the reorganization had on the Locals' bargaining obligations with the Union that represented their employees. The parties were properly served with the subpoenas *duces tecum* and subpoenas *ad testificandum*, but each of them failed and refused to appear as required. U.S. Magistrate Judge Howard R. Lloyd heard the matter on August 14, 2007, and issued his report on August 28, 2007, recommending that the Board's application to enforce the subpoenas be granted. On January 16, 2008, in an order signed by U.S. District Judge Jeremy Fogel, this Court enforced the Board's subpoenas.

On February 7, 2008, the Board filed an Application for Order Requiring Obedience to Subpoenas *Duces Tecum* and Subpoenas *Ad Testificandum* in Case No. CV-08-80018 MISC DLJ, in which the Board petitioned the Court for enforcement of other Board subpoenas that were issued pursuant to the same unfair labor practice investigation as the subpoenas enforced in Case No. C-07-80170MISC JF (HRL). Specifically, the newly-filed Application seeks an Order by the Court to require the custodians of records for Service Employees International Union, Local 535, Service Employees International Union, Local 616, Service Employees International Union, Local 616 Home Health Care, Service Employees International Union, Local 790 and

Service Employees International Union, Local 1021 and the Executive Director of Service Employees International Union, Local 790, Josie Mooney, the President of Service Employees International Union, Local 1021 and Executive Director of Service Employees International Union, Local 535, Damita Davis-Howard, and the Executive Director of Service Employees International Union, Local 616, Fran Jefferson, to obey subpoenas issued to them by the Board requiring them to produce documents and/or give testimony in relation to the Board's investigation into Case Nos. 32-CA-23024, 32-CA-23027, 32-CA-23028, 32-CA-23029, 32-CA-23030, 32-CA-23114, 32-CA-23120, 32-CA-23121, 32-CA-23122 and 32-CA-23123, which concern the same reorganization of Service Employees International Union Locals.  The parties were properly served with the subpoenas *duces tecum* and subpoenas *ad testificandum*, but each of them failed and refused, and continue to fail and refuse, to appear as required.  Thus, the newly-filed action concerns substantially the same parties and events as Case No. C-07-80170MISC JF (HRL) and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.  Accordingly, it is submitted that these cases are related pursuant to Civil Local Rule 3-12 and it is respectfully requested that the above-referenced matters be assigned to the same U.S. District Judge in order to conserve judicial resources and promote efficient determination of the action.

    DATED AT Oakland, California this 11th day of February, 2008.

    William A. Baudler
    Regional Attorney

    George Velastegui
    Deputy Regional Attorney


    /s/ Amy L. Berbower
    Amy L. Berbower
    Attorney for Applicant