WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
AMY L. BERBOWER (California Bar No. 197533)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3321
Fax: 510-637-3315
E-mail: Amy.Berbower@nlrb.gov

Attorneys for the Applicant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>     Applicant,<br><br>     v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521,  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 and KRISTY SERMERSHEIM<br><br>     Respondents. | Case No.:  5:07-mc-80170-JF HRL<br><br>AFFIDAVIT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

I, Amy Berbower, do declare as follows:

1. I am an attorney of record in the instant proceeding for the National Labor Relations Board (Board).  I have personal knowledge of the facts stated herein and can competently testify thereto.

2. On, February 11, 2008, I left a voicemail for Vincent Harrington, Respondent's counsel, advising him that the Applicant would be filing an Administrative Motion to Consider Whether Cases Should be Related and offering to meet and confer with

Respondent's counsel for the purpose of entering into a stipulation that Cases CV-08-80018 MISC DLJ and 07-MC-80170-JF HRL are related. I asked Mr. Harrington to contact me as soon as possible to advise me whether he would be willing to enter into such a stipulation. However, to date, Mr. Harrington has not contacted me.

I have read the foregoing, understand its contents, and I swear under the penalty of perjury that the foregoing is true and correct.

**DATED AT** Oakland, California, this 11th day of February 2008.

/s/Amy L. Berbower
Amy L. Berbower
Attorney for Applicant
National Labor Relations Board