WILLIAM A. BAUDLER
GEORGE VELASTEGUI (California Bar No. 107847)
AMY L. BERBOWER (California Bar No. 197533)
National Labor Relations Board, Region 32
1301 Clay St., Suite 300N
Oakland, CA 94612-5224
Phone: 510-637-3321
Fax: 510-637-3315
E-mail: Amy.Berbower@nlrb.gov

Attorneys for the Applicant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>　　　Applicant,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 and KRISTY SERMERSHEIM<br>　　　Respondents. | Case No.: 5:07-MC-80170-JF HRL<br><br>ORDER [PROPOSED] |

## **ORDER**

On February 11, 2008, the Applicant filed an Administrative Motion to Consider Whether Cases Should be Related. After full consideration of the Motion, IT IS ORDERED that Case CV-08-80018 MISC DLJ is related to this action, as defined in Civil Local Rule 3-12(a), and is hereby reassigned to U.S. District Judge Jeremy Fogel.

DONE AT _____, California this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE