1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

16

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>          Applicant,<br><br>     v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521,  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 and KRISTY SERMERSHEIM<br><br>          Respondents. | Case No.:  5:07-MC-80170-JF HRL<br><br>STIPULATION OF DISMISSAL |

17

18

19

20

21

Applicant, National Labor Relations Board, and Respondents, Service Employees International Union, Local 521, Service Employees International Union, Local 715 and Kristy Sermersheim, all parties to the above-entitled proceeding, hereby stipulate that the above-entitled action shall be dismissed with prejudice, each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

22

23

24

/s/_____  03/28/08
Amy L. Berbower            Date
National Labor Relations Board
Attorney for Applicant

/s/_____  03/24/08
Vincent A. Harrington, Jr.            Date
Weinberg, Roger & Rosenfeld
Attorney for Respondents

25

26

PURSUANT TO STIPULATION, IT IS SO ORDERED

27

28

DATE:                                   _____
                                        Jeremy Fogel
                                        UNITED STATES DISTRICT JUDGE