UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br>Applicant,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 and KRISTY SERMERSHEIM<br>Respondents. | Case No.: 5:07-MC-80170-JF HRL<br><br>STIPULATION OF DISMISSAL |

Applicant, National Labor Relations Board, and Respondents, Service Employees International Union, Local 521, Service Employees International Union, Local 715 and Kristy Sermersheim, all parties to the above-entitled proceeding, hereby stipulate that the above-entitled action shall be dismissed with prejudice, each party to bear its own costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

/s/                              03/28/08          /s/                              03/24/08
Amy L. Berbower         Date              Vincent A. Harrington, Jr.   Date
National Labor Relations Board            Weinberg, Roger & Rosenfeld
Attorney for Applicant                    Attorney for Respondents

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATE: 4/1/08

Jeremy Fogel
UNITED STATES DISTRICT JUDGE